# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEPHANIE NEY,**

       **Plaintiff,**

**v.**                                                                 **Case No:  6:13-cv-1013-Orl-31TBS**

**SOUTHWEST VOLUSIA HEALTHCARE CORPORATION,**

       **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Dismiss the Amended Complaint ("Motion") (Doc. 14) filed by the Defendants on August 26, 2013. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. The Plaintiff has failed to respond to the Motion; it will therefore be considered unopposed.

The Motion seeks dismissal of the case with prejudice and follows an earlier Motion to Dismiss the Complaint (Doc. 6) that was granted (Doc. 12). This Court dismissed the Complaint without prejudice on the basis that Plaintiff did not properly plead violations of Florida's Civil Rights Act, Section 760.10, Florida Statutes or the Family Medical and Leave Act, 29 U.S.C. § 2601, et seq. (Doc. 12). Plaintiff has re-filed the Complaint only changing the named defendant—the same substantive faults remain. (*Compare* Doc. 2 *with* Doc. 13).

In consideration of the foregoing, it appearing that the Motion to Dismiss the Amended Complaint is meritorious and unopposed, it is hereby ORDERED that the Motion (Doc. 14) is GRANTED. The case is DISMISSED WITH PREJUDICE and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 23, 2013.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party